JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **STATE FARM GENERAL INSURANCE COMPANY** and **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**<br><br>Plaintiffs,<br><br>v.<br><br>**TECHTRONIC INDUSTRIES NORTH AMERICA, INC.**, a Delaware corporation, and **HOME DEPOT U.S.A., INC.**, a Delaware corporation,<br><br>Defendants. | Case No. 8:23-cv-01731-FWS-DFM<br><br>**JUDGMENT** |

This action came on regularly for trial on January 7, 2025, in Department 10D of the United States District Court for the Central District of California, the Honorable Fred W. Slaughter presiding. Plaintiff State Farm General Insurance Company and Plaintiff State Farm Mutual Automobile Insurance Company

1

**JUDGMENT**

(together, "Plaintiffs") were represented by Brian S. Letofsky and Dominic J. Fiore from Watkins & Letofsky, LLP. Defendant Techtronic Industries North America, Inc., and Defendant Home Depot U.S.A., Inc., (together, "Defendants") were represented by Jeffrey R. Williams and David W. Kempen of Riley Safer Holmes & Cancila LLP.

On January 7, 2025, a jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and the arguments of counsel, the jury was duly instructed by the court and the cause was submitted to the jury with directions to return a verdict. The jury deliberated and thereafter returned to the court with its unanimous verdict on January 15, 2025. (Dkt. 86.)

On January 17, 2025, Defendants lodged a proposed judgment. (Dkt. 92.) Plaintiffs did not object to Defendants' proposed judgment in the timeframe set by the court. (*See* Dkt. 91; *see also generally* Dkt.) Therefore, in accordance with the jury's verdict, **IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED** that, pursuant to Federal Rules of Civil Procedure Rule 58, Plaintiffs shall have and recover nothing by reason of their Complaint against Defendants in the above-captioned matter and Defendants shall have and recover from Plaintiffs any and all costs and expenses to which Defendants are entitled. Judgment is hereby entered in favor of Defendants.

Dated: January 28, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2

**JUDGMENT**